# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

### NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION:        **March 31, 2016**

LOCATION OF HEARING SESSION:    United States Bankruptcy Court
Federal Building
Courtroom 202, 2nd Floor
1415 State Street
Santa Barbara, California  93101-2511

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **March 14, 2016.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States Bankruptcy for the Cental District of California

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on March 31, 2016, the Panel will convene a hearing session in Santa Barbara, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

Marjorie O. Rendell          Charles R. Breyer
Lewis A. Kaplan             Ellen Segal Huvelle
R. David Proctor            Catherine D. Perry

SCHEDULE OF MATTERS FOR HEARING SESSION
March 31, 2016 -- Santa Barbara, California

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

MDL No. 2688 – **IN RE: WINDSOR WOOD CLAD WINDOW PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Cathy L. Ritchie to transfer the following actions to the United States District Court for the Eastern District of Wisconsin:

Northern District of Illinois

KOTY, ET AL. v. WINDSOR WINDOW COMPANY, ET AL., C.A. No. 1:15-05343

District of Minnesota

SCHILLER, ET AL. v. WINDSOR WINDOW COMPANY, ET AL.,
  C.A. No. 0:15-01932

District of South Carolina

RITCHIE v. WINDSOR WINDOW COMPANY, ET AL., C.A. No. 9:14-04734

Eastern District of Wisconsin

DAVIA, ET AL. v. WINDSOR WINDOW COMPANY, ET AL., C.A. No. 2:15-01041

MDL No. 2689 – **IN RE: WIRELESS DEVICE ('342) AND ('987) PATENT LITIGATION**

Motion of defendants Sockeye Licensing TX LLC, Wildcat Licensing LLC, and Jeffrey W. Salmon to transfer the following actions to the United States District Court for the Northern District of Illinois:

Northern District of Illinois

HEWLETT-PACKARD COMPANY v. WILDCAT LICENSING LLC, ET AL.,
  C.A. No. 1:15-09341
NEC CORPORATION OF AMERICA, INC. v. WILDCAT LICENSING LLC, ET AL.,
  C.A. No. 1:15-09479
ROKU, INC. v. WILDCAT LICENSING LLC, ET AL., C.A. No. 1:15-09577

ZTE (USA), INC. v. WILDCAT LICENSING LLC, ET AL., C.A. No. 1:15‒09589
BEST BUY STORES, L.P., ET AL. v. WILDCAT LICENSING LLC, ET AL.,
  C.A. No. 1:15‒09625
SONY ELECTRONICS INC., ET AL. v. WILDCAT LICENSING LLC, ET AL.,
  C.A. No. 1:15‒09628
HTC AMERICA, INC. v. WILDCAT LICENSING LLC, ET AL., C.A. No. 1:15‒09693
LENOVO (UNITED STATES) INC. v. WILDCAT LICENSING LLC, ET AL.,
  C.A. No. 1:15‒09729
TCT MOBILE, INC. v. WILDCAT LICENSING LLC, ET AL., C.A. No. 1:15‒10058
SAMSUNG ELECTRONICS AMERICA, INC. v. SOCKEYE LICENSING TX LLC,
  ET AL., C.A. No. 1:15‒10278

<u>Western District of Texas</u>

DELL INC. v. SOCKEYE LICENSING TX LLC, C.A. No. 1:15‒00959

MDL No. 2690 ‒ **IN RE: HIGH QUALITY PRINTING INVENTIONS, LLC, ('070)
PATENT LITIGATION**

Motion of plaintiff High Quality Printing Inventions, LLC, to transfer the following actions
to the United States District Court for the Northern District of Georgia:

<u>Central District of California</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. DIGITAL ROOM, INC.,
  C.A. No. 2:15‒09170
HIGH QUALITY PRINTING INVENTIONS LLC v. AVERY PRODUCTS
  CORPORATION, C.A. No. 8:15‒01982

<u>Northern District of California</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. SHUTTERFLY, INC.,
  C.A. No. 5:15‒05437
HIGH QUALITY PRINTING INVENTIONS, LLC v. ZAZZLE, INC.,
  C.A. No. 5:15‒05438
HIGH QUALITY PRINTING INVENTIONS, LLC v. MINTED, LLC,
  C.A. No. 5:15‒05440

<u>District of Delaware</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. FINESTATIONERY.COM,
  C.A. No. 1:15‒01092

Middle District of Florida

HIGH QUALITY PRINTING INVENTIONS, LLC v. INVITATION
    CONSULTANTS, INC., C.A. No. 8:15‒02750

Southern District of Florida

HIGH QUALITY PRINTING INVENTIONS, LLC v. OFFICE DEPOT, INC.,
    C.A. No. 9:15‒81608
HIGH QUALITY PRINTING INVENTIONS, LLC v. WORLDWIDE TICKETS AND
    LABELS, INC., C.A. No. 9:15‒81609

Northern District of Georgia

HIGH QUALITY PRINTING INVENTIONS, LLC v. STAPLES, INC.,
    C.A. No. 1:15‒04117

Northern District of Illinois

HIGH QUALITY PRINTING INVENTIONS, LLC v. MASTER MARKETING
    INTERNATIONAL, INC., C.A. No. 1:15‒10612

District of Maryland

HIGH QUALITY PRINTING INVENTIONS, LLC v. BARTON COTTON
    AFFINITY GROUP, LLC, C.A. No. 1:15‒03604

District of Massachusetts

HIGH QUALITY PRINTING INVENTIONS, LLC v. BAY STATE ENVELOPE,
    INC., C.A. No. 1:15‒13961
HIGH QUALITY PRINTING INVENTIONS, LLC v. CIMPRESS USA
    INCORPORATED, C.A. No. 1:15‒13962

District of Minnesota

HIGH QUALITY PRINTING INVENTIONS, LLC v. DELUXE SMALL BUSINESS
    SALES, INC., C.A. No. 0:15‒04253
HIGH QUALITY PRINTING INVENTIONS, LLC v. HALLMARK BUSINESS
    CONNECTIONS, INC., C.A. No. 0:15‒04255
HIGH QUALITY PRINTING INVENTIONS, LLC v. 123PRINT, INC., ET AL.,
    C.A. No. 0:15‒04256

      <u>Western District of Missouri</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. POSTY CARDS, INC.,
  C.A. No. 4:15‒00943
HIGH QUALITY PRINTING INVENTIONS, LLC v. GREAT FX BUSINESS
  CARDS, LLC, C.A. No. 6:15‒03510

        <u>District of Montana</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. PRINTINGFORLESS.COM,
  INC., C.A. No. 1:15‒00122

        <u>District of Nevada</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. OVERNIGHTPRINTS,
  INC., C.A. No. 2:15‒02234

        <u>District of New Jersey</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. PRUDENT PUBLISHING
  CO., INC., C.A. No. 2:15‒08343
HIGH QUALITY PRINTING INVENTIONS, LLC v. ALLBUSINESSCARDS.COM,
  C.A. No. 2:15‒08344

        <u>Northern District of Ohio</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. CARDSTORE, INC.,
  C.A. No. 1:15‒02417
HIGH QUALITY PRINTING INVENTIONS, LLC v. ANGSTROM GRAPHICS,
  INC. MIDWEST, C.A. No. 1:15‒02418

        <u>District of Rhode Island</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. MOO, INC., C.A. No. 1:15‒00500

        <u>Northern District of Texas</u>

HIGH QUALITY PRINTING INVENTIONS, LLC v. PRINTOGRAPH, INC.,
  C.A. No. 3:15‒03795
HIGH QUALITY PRINTING INVENTIONS, LLC v. SAFEGUARD BUSINESS
  SYSTEMS, INC., C.A. No. 3:15‒03796

Western District of Washington

HIGH QUALITY PRINTING INVENTIONS, LLC v. LUXE CARDS, LLC,
  C.A. No. 2:15−01858

Eastern District of Wisconsin

HIGH QUALITY PRINTING INVENTIONS, LLC v. SIMPLY TO IMPRESS,
  LLC, C.A. No. 1:15−01407

MDL No. 2691 − **IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Ronnie B. Griffith; Dennis Andrews; Amador Herrara; Ron
Rosenwein; Dennis McCarthy, et al.; and Joe Holley to transfer the following actions to the
United States District Court for the Northern District of California:

Northern District of Alabama

GRIFFITH v. PFIZER, INC., C.A. No. 6:15−00441

Northern District of California

ANDREWS v. PFIZER, INC., C.A. No. 3:15−04884
HERRARA v. PFIZER, INC., C.A. No. 3:15−04888
TOOLE v. PFIZER, INC., C.A. No. 3:15−04989
WARREN v. PFIZER, INC., C.A. No. 3:15−05206
NICHOLAS v. PFIZER, INC., C.A. No. 3:15−05251

District of Minnesota

WOOD v. PFIZER, INC., C.A. No. 0:15−02048

Southern District of New York

ROSENWEIN, ET AL. v. PFIZER, INC., C.A. No. 1:15−02278
LEBLANC, ET AL. v. PFIZER, INC., C.A. No. 1:15−02650
MCCARTHY, ET AL. v. PFIZER, INC., C.A. No. 1:15−02652
CUSIMANO, ET AL. v. PFIZER, INC., C.A. No. 1:15−02654
HOLLEY v. PFIZER, INC., C.A. No. 1:15−02659
GARDINER v. PFIZER, INC., C.A. No. 1:15−03350

Middle District of North Carolina

KELLY v. PFIZER, INC., C.A. No. 1:15‒00842

Western District of North Carolina

HOFFMAN v. PFIZER, INC., C.A. No. 3:15‒00472

**MDL No. 2692 ‒ IN RE: THE GREAT WEST CASUALTY COMPANY INSURANCE
     LITIGATION**

Motion of plaintiff David Johnson to transfer the following actions to the United States
District Court for the District of Columbia:

Northern District of Illinois

JOHNSON v. GREAT WEST CASUALTY COMPANY, ET AL., C.A. No. 1:14‒07858

District of Montana

GREAT WEST CASUALTY COMPANY v. WOODY'S TRUCKING, LLC,
     C.A. No. 1:15‒00081

Eastern District of Tennessee

FIELDS v. GREAT WEST CASUALTY COMPANY, C.A. No. 1:15‒00117

**MDL No. 2693 ‒ IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION**

Motion of plaintiff Daniel Levine to transfer the following actions to the United States
District Court for the Central District of California and motion, as amended, of defendants Vizio,
Inc.; Vizio Holdings, Inc.; Vizio Inscape Services, LLC; and Vizio Inscape Technologies, LLC
to transfer the following actions to the United States District Court for the Central District of
California:

Eastern District of Arkansas

OGLE, ET AL. v. VIZIO, INC., C.A. No. 4:15‒00754

Central District of California

WATTS, ET AL. v. VIZIO HOLDINGS, INC., ET AL., C.A. No. 8:15‒01860
WEISS v. VIZIO, INC., C.A. No. 8:15‒01984

- 6 -

HODGES, ET AL. v. VIZIO, INC., ET AL., C.A. No. 8:15‒02090
LEVINE v. VIZIO, INC., C.A. No. 8:15‒02151
SLOAN v. VIZIO, INC., ET AL., C.A. No. 8:15‒02166
MILEWSKI v. VIZIO HOLDINGS, INC., ET AL., C.A. No. 8:16‒00156

      <u>Northern District of California</u>

REED v. COGNITIVE MEDIA NETWORKS, INC., ET AL., C.A. No. 3:15‒05217
JEWETT, ET AL. v. VIZIO, INC., ET AL., C.A. No. 3:15‒06281
EDDY v. VIZIO, INC., ET AL., C.A. No. 3:16‒00167
ANDERSON v. VIZIO, INC., ET AL., C.A. No. 3:16‒00409

      <u>Middle District of Florida</u>

CRAIG v. VIZIO, INC., C.A. No. 5:16‒00026

      <u>Southern District of Florida</u>

DASSA, ET AL. v. VIZIO HOLDINGS, INC., ET AL., C.A. No. 9:16‒80130

      <u>Northern District of Illinois</u>

MASON v. VIZIO HOLDINGS, INC., ET AL., C.A. No. 1:15‒11288

      <u>Northern District of Indiana</u>

PAGOREK v. VIZIO, INC., ET AL., C.A. No. 2:15‒00472

## MDL No. 2694 ‒ **IN RE: SHUNTAY BROWN LITIGATION (NO. II)**

Motion of plaintiff Shuntay Brown to transfer the following actions to the United States District Court for the Northern District of Illinois:

      <u>Northern District of Alabama</u>

MAY v. SOCIAL SECURITY ADMINISTRATION, COMMISSIONER,
   C.A. No. 7:15‒02297

      <u>Northern District of Illinois</u>

BROWN v. COLVIN, C.A. No. 1:16‒00200

MDL No. 2695 – **IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Ceyhan Haksal, et al., to transfer the following actions to the United States District Court for the District of New Mexico:

Northern District of California

BRATTAIN v. SANTA FE NATURAL TOBACCO COMPANY, INC., ET AL., C.A. No. 4:15‒04705

Southern District of Florida

SPROULE v. SANTA FE NATURAL TOBACCO COMPANY, INC., ET AL., C.A. No. 0:15‒62064

District of New Mexico

DUNN v. SANTA FE NATURAL TOBACCO COMPANY, INC., C.A. No. 1:15‒01142
HAKSAL, ET AL. v. SANTA FE NATURAL TOBACCO COMPANY, INC., ET AL., C.A. No. 1:15‒01163

Southern District of New York

ROTHMAN v. SANTA FE NATURAL TOBACCO COMPANY, INC., ET AL., C.A. No. 7:15‒08622

MDL No. 2697 – **IN RE: MONSANTO PCB WATER CONTAMINATION LITIGATION**

Motion of plaintiffs City of San Jose, City of Oakland, City of Berkeley, City of San Diego, City of Spokane, and City of Seattle to transfer the following actions to the United States District Court for the Northern District of California:

Northern District of California

CITY OF SAN JOSE v. MONSANTO COMPANY, ET AL., C.A. No. 5:15‒03178
CITY OF OAKLAND v. MONSANTO COMPANY, ET AL., C.A. No. 5:15‒05152
CITY OF BERKELEY v. MONSANTO COMPANY, ET AL., C.A. No. 5:16‒00071

Southern District of California

SAN DIEGO UNIFIED PORT DISTRICT, ET AL., v. MONSANTO COMPANY, ET AL., C.A. No. 3:15‒00578

Eastern District of Washington

CITY OF SPOKANE v. MONSANTO COMPANY, ET AL., C.A. No. 2:15‒00201

Western District of Washington

CITY OF SEATTLE v. MONSANTO COMPANY, ET AL., C.A. No. 2:16‒00107

MDL No. 2698 ‒ **IN RE: HELICOPTER CRASH NEAR SAVANNAH, GEORGIA, ON JANUARY 15, 2014.**

Motion of plaintiffs Colette Carpenter, et al., to transfer the following actions to the United States District Court for the Southern District of Georgia:

District of Arizona

CARPENTER, ET AL. v. BAE SYSTEMS PROTECTION SYSTEMS INCORPORATED, ET AL., C.A. No. 2:15‒01694

Central District of California

CARPENTER, ET AL. v. PROTOTYPE ENGINEERING AND MANUFACTURING, INC., ET AL., C.A. No. 2:14‒07793

District of Connecticut

CARPENTER, ET AL. v. SIKORSKY AIRCRAFT CORPORATION, ET AL., C.A. No. 3:15‒01582

Northern District of Texas

CARPENTER, ET AL. v. L-3 COMMUNICATIONS INTEGRATED SYSTEMS, LP, C.A. No. 3:15‒02438

- 9 -

MDL No. 2699 – **IN RE: DENTAL EQUITIES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Motion of plaintiff Florence Mussat, M.D., S.C., to transfer the following actions to the United States District Court for the Northern District of Illinois:

Middle District of Florida

SCOMA CHIROPRACTIC, P.A. v. DENTAL EQUITIES, LLC, ET AL., C.A. No. 2:16‒00041

Northern District of Illinois

MUSSAT, M.D., S.C. v. SHAHMOHAMMADI, ET AL., C.A. No. 1:16‒00171

MDL No. 2700 – **IN RE: GENENTECH HERCEPTIN (TRASTUZUMAB) MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Florida Cancer Specialists, P.L.; Minnesota Oncology Hematology, P.A.; North Shore Hematology-Oncology Associates, P.A.; Hematology-Oncology Associates of Central New York, P.C.; Tulsa Cancer Institute, PLLC, et al.; Tennessee Oncology, PLLC; Cancer Care Centers of South Texas, P.A.; Virginia Oncology Associates, P.C.; and Virginia Cancer Institute Incorporated to transfer the following actions to the United States District Court for the Northern District of Oklahoma:

Middle District of Florida

FLORIDA CANCER SPECIALISTS, P.L. v. GENENTECH, INC., C.A. No. 2:16‒00086

District of Minnesota

MINNESOTA ONCOLOGY HEMATOLOGY, P.A. v. GENENTECH, INC., C.A. No. 0:16‒00245

Eastern District of New York

NORTH SHORE HEMATOLOGY‒ONCOLOGY ASSOCIATES, P.C. v. GENENTECH, INC., C.A. No. 2:16‒00539

Northern District of New York

HEMATOLOGY‒ONCOLOGY ASSOCIATES OF CENTRAL NEW YORK, P.C. v. GENENTECH, INC., C.A. No. 5:16‒00121

Northern District of Oklahoma

TULSA CANCER INSTITUTE, PLLC, ET AL. v. GENENTECH, INC.,
   C.A. No. 4:15−00157

Middle District of Tennessee

TENNESSEE ONCOLOGY, PLLC v. GENENTECH, INC., C.A. No. 3:16−00190

Western District of Texas

CANCER CARE NETWORK OF SOUTH TEXAS, P.A. v. GENENTECH, INC.,
   C.A. No. 5:16−00127

Eastern District of Virginia

VIRGINIA ONCOLOGY ASSOCIATES, P.C. v. GENENTECH, INC.,
   C.A. No. 2:16−00049
VIRGINIA CANCER INSTITUTE INCORPORATED v. GENENTECH, INC.,
   C.A. No. 3:16−00070

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 2179 – **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Oppositions of plaintiffs Ralph D. Brown and Jimmie Vickers to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Middle District of Florida

BROWN v. BP AMERICA PRODUCTION COMPANY, ET AL., C.A. No. 8:15–02896

Southern District of Mississippi

VICKERS v. REUB & MOTTA, ATTORNEY'S AT LAW, ET AL., C.A. No. 1:16–00003

MDL No. 2186 – **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION**

Motion of plaintiffs Winn-Dixie Stores, Inc., et al., to transfer the following action to the United States District Court for the District of Idaho:

Middle District of Florida

WINN–DIXIE STORES, INC., ET AL. v. UNITED POTATO GROWERS OF AMERICA, INC., ET AL., C.A. No. 3:15–01243

MDL No. 2197 – **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Rolla James Silkwood, et al., and Bobby Nolen Nutty, et al., and defendants Stephen Davenport, M.D. and Orthopedic Associates, Inc., to transfer of their respective following actions to the United States District Court for the Northern District of California:

Western District of Oklahoma

SILKWOOD, ET AL. v. DEPUY ORTHOPAEDICS, INC., ET AL., C.A. No. 5:15–01373
NUTTY, ET AL. v. DEPUY ORTHOPAEDICS, INC., ET AL., C.A. No. 5:15–01374

MDL No. 2295 – **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Opposition of plaintiff Daniel Shotts to transfer of the following action to the United States District Court for the Southern District of California:

Middle District of Florida

SHOTTS v. PORTFOLIO RECOVERY ASSOCIATES, LLC, C.A. No. 2:15‒00776

MDL No. 2299 – **IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Mary Leach to transfer of the following action to the United States District Court for the Western District of Louisiana:

District of Delaware

LEACH v. TAKEDA PHARMACEUTICALS AMERICA, INC., ET AL.,
     C.A. No. 1:16‒00006

MDL No. 2323 – **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

Opposition of plaintiffs John Thomas J.T. Smith, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Eastern District of Missouri

SMITH, ET AL. v. ARIZONA CARDINALS FOOTBALL CLUB, LLC,
     C.A. No. 4:15‒01903

MDL No. 2326 – **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Tammy L. Parker; Chelsea Stewart, et al.; and Lori Hoffman to remand, under 28 U.S.C. § 1407(a), their respective following actions to their respective transferor courts:

Middle District of Tennessee

PARKER v. BOSTON SCIENTIFIC CORPORATION, C.A. No. 3:12‒00294

District of Utah

STEWART, ET AL. v. BOSTON SCIENTIFIC, C.A. No. 2:12−00647
HOFFMAN v. BOSTON SCIENTIFIC, C.A. No. 2:12−00746

MDL No. 2342 − **IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs J.H., et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Northern District of Illinois

J.H., ET AL. v. PFIZER, INC., ET AL., C.A. No. 1:16−00302

MDL No. 2452 − **IN RE: INCRETIN−BASED THERAPIES PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Estate of Janice McDaniel, et al., to transfer of the following action to the United States District Court for the Southern District of California:

District of New Jersey

ESTATE OF JANICE MCDANIEL, ET AL. v. AMYLIN PHARMACEUTICALS, LLC, ET AL., C.A. No. 1:15−08310

MDL No. 2587 − **IN RE: INTRAMTA SWITCHED ACCESS CHARGES LITIGATION**

Motion of plaintiffs CenturyLink Communications, LLC, et al., to transfer the following actions to the United States District Court for the Northern District of Texas:

District of Colorado

CENTURYLINK COMMUNICATIONS, LLC, ET AL. v. LEVEL 3 COMMUNICATIONS, LLC, ET AL., C.A. No. 1:16−00003
ARLINGTON TELEPHONE COMPANY, ET AL. v. LEVEL 3 COMMUNICATIONS, LLC, ET AL., C.A. No. 1:16−00014

Central District of Illinois

ADAMS TELEPHONE CO−OPERATIVE, ET AL. v. LEVEL 3 COMMUNICATIONS, LLC, ET AL., C.A. No. 3:15−03357

Western District of Kentucky

DUO COUNTY TELEPHONE COOPERATIVE CORPORATION, INC., ET AL. v.
LEVEL 3 COMMUNICATIONS, LLC, ET AL., C.A. No. 3:15‒00904

Western District of Michigan

ACE TELEPHONE COMPANY OF MICHIGAN, INC., ET AL. v. LEVEL 3
COMMUNICATIONS, LLC, ET AL., C.A. No. 1:16‒00016

Eastern District of Missouri

BIG RIVER TELEPHONE COMPANY, LLC, ET AL. v. LEVEL 3
COMMUNICATIONS, LLC, ET AL., C.A. No. 4:16‒00049

Western District of Wisconsin

UNION TELEPHONE COMPANY, ET AL. v. LEVEL 3 COMMUNICATIONS,
LLC, ET AL., C.A. No. 3:16‒00036

MDL No. 2627 ‒ **IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED
FLOORING PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Stephen Benedetto to transfer of the following action to the United
States District Court for the Eastern District of Virginia:

District of Arizona

BENEDETTO v. LUMBER LIQUIDATORS INCORPORATED, ET AL.,
C.A. No. 2:15‒02516

MDL No. 2652 ‒ **IN RE: ETHICON, INC., POWER MORCELLATOR PRODUCTS
LIABILITY LITIGATION**

Oppositions of plaintiff Preston O. Martin and defendants Frederick Memorial Hospital,
Inc.; Yeung Wook Lee, M.D.; and Capital Women's Care to transfer of the following action to
the United States District Court for the District of Kansas:

District of Maryland

MARTIN v. JOHNSON & JOHNSON, ET AL., C.A. No. 8:15‒03787

MDL No. 2672 – **IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of California:

District of Connecticut

PORISS v. GENE LANGAN VOLKSWAGEN OF CONNECTICUT, INC., ET AL., C.A. No. 3:15‒01837

Middle District of Florida

DETTLOFF v. LOKEY OLDSMOBILE, INC., ET AL., C.A. No. 8:15‒02885

Western District of Kentucky

BYNUM v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:15‒00810

Southern District of Mississippi

F. GERALD MAPLES, P.A. v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:16‒00001
MARTIN v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:16‒00002

Eastern District of Missouri

BUNTIN, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 4:15‒01892

District of Montana

BALLEW v. VW CREDIT, C.A. No. 9:15‒00133
GEBAUER, ET AL. v. JPMORGAN CHASE BANK, N.A., ET AL., C.A. No. 9:15‒00152

District of New Mexico

LEVY v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL., C.A. No. 1:15‒01179

Eastern District of Pennsylvania

KOGAN v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:15-06681

Western District of Washington

BURR v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:16-00073

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

      (i)     The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

      (i)     the dispositive issue(s) have been authoritatively decided; or
      (ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

      (i)     Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
      (ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e)     Duty to Confer.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)     Time Limit for Oral Argument.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.