IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OKLAHOMA

MDL No. 2700 - **IN RE: GENENTECH HERCEPTIN (TRASTUZUMAB) MARKETING AND SALES PRACTICES LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the Northern District of Oklahoma hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Terence C. Kern for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

In the event that reassignment of this litigation to another judge becomes necessary, such reassignment shall take place in accordance with Section 1407(b) and Panel Rule 2.1(e).

_____
Chief Judge

Date: 4/5/16

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Mr. Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ **fax number 202-502-2888** or email address MDLPanelOrders/JPML/DCA/JPML/USCOURTS.

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL THE ORDER OF TRANSFER IS FILED BY THE PANEL.**

**SHOULD REASSIGNMENT BECOME NECESSARY, PLEASE CONTACT THE PANEL EXECUTIVE, Thomasenia P. Duncan, at 202-502-2800.**