# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from JPML

**Date Received:  5/17/16**

**JPML has identified the attached actions for inclusion in this MDL**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

———————————————————
CLERK OF THE PANEL