**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: GENENTECH, INC., HERCEPTIN (TRASTUZUMAB) MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2700 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Defendant Genentech, Inc. hereby notifies the Clerk of the Panel of the potential tag-along action listed on the attached Schedule of Action.

The docket sheet and the complaint filed in this potential tag-along action are attached.

Dated: May 18, 2016

Respectfully submitted,

 /s/ Alicia J. Donahue
Alicia J. Donahue
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2700
San Francisco, CA  94104
Telephone:  (415) 544-1900
Facsimile:   (415) 391-0281
adonahue@shb.com

*Attorneys for Defendant Genentech, Inc.*