BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: GENENTECH, INC., HERCEPTIN (TRASTUZUMAB) MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2700 |
|---|---|

SCHEDULE OF ACTION
NOTICE OF POTENTIAL TAG-ALONG ACTION

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action** | **Judge** |
|---|---|---|---|---|---|
| 1. | Comanche County Memorial Hospital | Genentech, Inc., Roche Holding AG, Roche Holding LTD. and Roche Holdings, Inc. | Northern District of California | 3:16-cv-02498-JSC | Magistrate Judge Jacqueline Scott Corley |

 /s/ Alicia J. Donahue
Alicia J. Donahue