BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GENENTECH, INC., HERCEPTIN (TRASTUZUMAB) MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2700 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2016, a true and correct copy of the foregoing Notice of Potential Tag-Along Action and Schedule of Action were served upon the following by CM/ECF electronic mail or postage prepaid, U.S. Mail:

| | |
|---|---|
| Elise R. Sanguinetti<br>Arias, Sanguinetti, Stahle & Torrijos, LLP<br>555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tele: (510) 629-4877<br>Fax: (510) 291-9742<br>elise@asstlawyers.com<br><br>Tara Tabatabaie<br>Katie E. Griffin<br>Matthew J. Sill<br>SILL LAW GROUP PLLC<br>14005 N. Eastern Avenue<br>Edmond, OK 73103<br>Tele: (405) 509-6300<br>Fax: (405) 509-6268<br>tara@sill-law.com<br>katie@sill-law.com<br>matt@sill-law.com<br><br>Northern District of California; 3:16-cv-02498-JSC<br>Attorneys for Individual and Representative Plaintiff Comanche County Memorial Hospital | Steven J. Adams<br>David E. Keglovits<br>James Wesley Scott Pebsworth<br>Adam C. Doverspike<br>GABLEGOTWALS<br>1100 ONEOK PLAZA<br>100 West 5th Street, Suite 1100<br>Tulsa, Oklahoma 74103<br>Telephone (918) 595-4800<br>Facsimile (918) 595-4990<br>sadams@gablelaw.com<br>dkeglovits@gablelaw.com<br>wpebsworth@gablelaw.com<br>adoverspike@gablelaw.com<br><br>Attorneys for all current MDL Plaintiffs Tulsa Cancer Institute, Oklahoma Oncology & Hematology, University of Oklahoma Stephenson Cancer Center, Texas Oncology, Virginia Cancer Institute, Tennessee Oncology, North Shore Hematology Oncology Associates, Hematology-Oncology Associates of Central New York, Florida Cancer Specialists, Minnesota Oncology, Virginia Oncology Associates, and Cancer Care Centers of South Texas |

| | |
|---|---|
| Roche Holdings, Inc.<br>c/o The Corporation Trust Company<br>CORPORATION TRUST CENTER<br>1209 ORANGE ST<br>Wilmington, DE 19801 | Roche Holding AG – tag-along notice not served because this defendant has not been served in the underlying action, is non-U.S. entity. |
| Roche Holding LTD. – tag-along notice not served because this defendant has not been served in the underlying action, is non-U.S. entity. | |

                                                 _/s/ Alicia J. Donahue
                                                 Alicia J. Donahue