UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENENTECH, INC., HERCEPTIN
(TRASTUZUMAB) MARKETING AND SALES
PRACTICES LITIGATION                                                                 MDL No. 2700

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On April 7, 2016, the Panel transferred 8 civil action(s) to the United States District Court for the Northern District of Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.3d__ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the Northern District of Oklahoma. With the consent of that court, all such actions have been assigned to the Honorable Terence C. Kern.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Oklahoma and assigned to Judge Kern.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Oklahoma for the reasons stated in the order of April 7, 2016, and, with the consent of that court, assigned to the Honorable Terence C. Kern.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Oklahoma. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 25, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: GENENTECH, INC., HERCEPTIN
(TRASTUZUMAB) MARKETING AND SALES
PRACTICES LITIGATION** MDL No. 2700

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 16−02498 | Comanche County Memorial Hospital, v. Genentech Inc. et al |